# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INSYS THERAPEUTICS, INC., *et al.*,<br><br>Liquidating Debtors.[1] | Chapter 11 Cases<br><br>Case No. 19-11292 (JTD)<br><br>(Jointly Administered) |
| INSYS LIQUIDATION TRUST, by and through WILLIAM HENRICH, as LIQUIDATING TRUSTEE,<br><br>Plaintiff,<br><br>– against –<br><br>STOTLE, INC.,<br><br>Defendant. | Adversary No. 21-50185 (JTD) |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

TO:  THE CLERK OF THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Plaintiff Insys Liquidation Trust, by and through William Henrich, as Liquidating Trustee (the "Liquidating Trustee" or "Plaintiff"), by and through his counsel, Montgomery McCracken Walker & Rhoads LLP, hereby requests that default be entered against Stotle, Inc. ("Defendant") in the above-captioned action pursuant to Fed. R. Civ. P. 55(a), Fed. R. Bankr. P. 7055, and Local Rule 7055-1, for Defendant's failure to plead, otherwise defend or enter an appearance in the above-captioned adversary proceeding.  The Declaration of Counsel in Support of Plaintiff's Request for Default is attached hereto and incorporated herein by reference.

---

[1]   The Liquidating Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659), Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155).

| | |
|---|---|
| Dated: May 20, 2021 | **MONTGOMERY McCRACKEN WALKER & RHOADS LLP** |
| | |
| | */s/ Marc J. Phillips* |
| | Marc J. Phillips (No. 4445) |
| | Gregory T. Donilon (No. 4244) |
| | 1105 North Market Street, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 504-7800 |
| | mphillips@mmwr.com |
| | gdonilon@mmwr.com |
| | |
| | -and- |
| | |
| | Edward Schnitzer, Esq. |
| | 437 Madison Avenue |
| | New York, NY 10022 |
| | Telephone: (212) 867-9500 |
| | eschnitzer@mmwr.com |
| | |
| | -and- |
| | |
| | Kimberly L. Sachs, Esq. |
| | 1735 Market Street |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 772-1500 |
| | ksachs@mmwr.com |
| | |
| | *Counsel to the Liquidating Trustee* |