# EXHIBIT A

# CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT

# CERTIFICATE OF SERVICE

I, Marc J. Phillips, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made February 24, 2021 by:

☒    Mail Service: By First Class U.S. Mail, postage fully pre-paid, addressed to:

        The Parties on the Attached Service List.

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at the below:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

| February 24, 2021 | /s/ Marc J. Phillips (No. 4445) |
|---|---|
| Date | Signature |
| | Print Name: Marc J. Phillips |
| | Business Address: Montgomery McCracken Walker & Rhoads LLP |
| | 1105 North Market Street, Suite 1500 |
| | Wilmington, DE 19801 |

**Service List**

Attn: Officer, Managing Agent or General Agent
Stotle, Inc.
1313 Laurel Street, Suite 109
San Carlos, CA  94070

5432768v1