## **EXHIBIT B**

## **CERTIFICATE OF SERVICE OF ALIAS SUMMONS AND COMPLAINT**

# CERTIFICATE OF SERVICE

I, Marc J. Phillips, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made April 6, 2021 by:

☒  Mail Service:  By First Class U.S. Mail, postage fully pre-paid, addressed to:

   The Parties on the Attached Service List.

☐  Personal Service:  By leaving the process with defendant or with an officer or agent of defendant at the below:

☐  Residence Service:  By leaving the process with the following adult at:

☐  Certified Mail Service on an Insured Depository Institution:  By sending the process by certified mail addressed to the following officer of the defendant at:

☐  Publication:  The defendant was served as follows:  [Describe briefly]

☐  State Law:  The defendant was served pursuant to the laws of the State of _____, as follows:  [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

| April 6, 2021 | | */s/ Marc J. Phillips* (No. 4445) |
|---|---|---|
| Date | | Signature |
| | Print Name: | Marc J. Phillips |
| | Business Address: | Montgomery McCracken Walker & Rhoads LLP |
| | | 1105 North Market Street, Suite 1500 |
| | | Wilmington, DE  19801 |

5484102v1

## Service List

Stotle, Inc.
Attn: Prasath Chandrasekaran, Chief Executive Officer
90 Kenton Avenue
San Carlos, CA 94070

Stotle, Inc.
Attn: Ranjit Valasa, Secretary and Chief Financial Officer
4771 Paseo Padre Pkwy
Fremont, CA 94555