B2600 (Form 2600) (12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INSYS THERAPEUTICS, INC., *et al.*,<br><br>        Liquidating Debtors.[1] | Chapter 11 Cases<br><br>Case No. 19-11292 (JTD)<br><br>(Jointly Administered) |
| INSYS LIQUIDATION TRUST, by and through WILLIAM HENRICH, as LIQUIDATING TRUSTEE,<br><br>        Plaintiff,<br><br>– against –<br><br>STOTLE, INC.,<br><br>        Defendant. | Adversary No. 21-50185 (JTD) |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name:     Stotle, Inc.

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

 

_____
Clerk of the Bankruptcy Court

By: _____

_____
Date

Deputy Clerk

---

[1] The Liquidating Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659), Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); IPSC, LLC (6577); and IPT 355, LLC (0155).