**CERTIFICATE OF SERVICE**

I, Marc J. Phillips, certify that I am not less than 18 years of age and am not a party to the matter concerning which service of process was made. I further certify that, on May 20, 2021, I caused service of a copy of the (i) Plaintiff's Request for Entry of Default, (ii) Declaration in Support of Plaintiff's Request for Entry of Default, and (iii) proposed Entry of Default, by postage-paid, first-class mail, addressed to:

> Attn: Officer, Managing or General Agent
> Stotle, Inc.
> 1313 Laurel Street, Suite 109
> San Carlos, CA 94070
>
> Stotle, Inc.
> Attn: Prasath Chandrasekaran, Chief Executive Officer
> 90 Kenton Avenue
> San Carlos, CA 94070
>
> Stotle, Inc.
> Attn: Ranjit Valasa, Secretary and Chief Financial Officer
> 4771 Paseo Padre Pkwy
> Fremont, CA 94555

May 20, 2021

/s/ Marc J. Phillips
Marc J. Phillips (No. 4445)